# Severino, Appellant, *v.* Philadelphia Rapid Transit Co.

*Negligence—Street—Railways—Infants.*

In an action against a street railway company to recover damages for personal injuries to a boy between eight and nine years of age, run over by one of defendant's cars, a nonsuit is properly entered where the evidence shows that the accident happened near the middle of a city block, that the boy ran or walked from the pavement directly in front of the car, and when he reached the track was within ten or fifteen feet of the car; that the car was stopped within five feet of the place where the boy was struck, and that there was no evidence of undue speed nor inattention on the part of the motorman.

Argued March 22, 1912. Appeal, No. 188, Jan. T., 1911, by plaintiff, from order of C. P. No. 1, Phila. Co., March T., 1908, No. 1270, refusing to take off nonsuit in case of Joseph Severino by his father and next friend, Alearco Severino and the said Alearco Severino in his own right v. Philadelphia Rapid Transit Company. Before FELL, C. J., BROWN, POTTER, ELKIN and STEWART, JJ. Affirmed.

Trespass to recover damages for personal injuries. Before BREGY, P. J.

The opinion of the Supreme Court states the case.

*Error assigned* was in refusing to take off nonsuit.

*Engene Raymond,* for appellants.

*Layton M. Schoch,* for appellee.

PER CURIAM, April 29, 1912:

This action was to recover for injuries sustained by a boy between eight and nine years old, whose foot

was run over by a wheel of the defendant's car.   The accident happened near the middle of a block and at least seventy-five feet from the nearest cross-street. The boy ran or walked from the pavement directly in front of an approaching car, and when he reached the track, he was within ten or fifteen feet of the car.   There was no evidence of undue speed nor of inattention on the part of the motorman.   The car was stopped within five feet of the place where the boy was struck by the fender.   The nonsuit was properly entered.

The judgment is affirmed.